UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

EUGENE DUNCAN,

                              Plaintiff,                        *Civil Action No.*

    -against-                                                  1:19-cv-03333-AT

THE FARM ENTERPRISES, LLC,

                              Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, EUGENE DUNCAN, and Defendant THE FARM ENTERPRISES, LLC, hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

    Dated: August 28, 2019

                                                      By: _____
                                                           Bradly G. Marks
                                                          The Marks Law Firm, PC
                                                           175 Varick Street, 3rd Fl
                                                           New York, NY 10014
                                                           T:(646) 770-3775